UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. 8:21-cv-00392-JLS-JDE                                   Date: March 23, 2022
Title: Eduardo Rivera v. Republic Services, Inc, et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANTS:

Not Present                                              Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER DISMISSING CASE WITH PREJUDICE**

Pursuant to the Joint Stipulation for Dismissal with Prejudice (Doc. 28), it is ORDERED that Plaintiff EDUARDO RIVERA's claims are hereby DISMISSED WITH PREJUDICE. Each party is to bear their own attorney's fees and costs, in consideration of a negotiated settlement executed by the parties.

Initials of Deputy Clerk: mku